**2003–0812.   State v. Sanders.**
Cuyahoga App. No. 81450, 2003-Ohio-1163. On motion for stay of court of appeals' judgment. Motion

granted.

F.E. SWEENEY, PFEIFER and O'DONNELL, JJ., dissent.